**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **VINCENT SERGEANT,** | |
| Plaintiff, | 1:20-cv-00068 |
| v. | |
| **HESS CORPORATION, HESS OIL VIRGIN ISLANDS CORP., and GLENCORE LTD.,** | |
| Defendants. | |

**TO:** J. Russell B. Pate, Esq.
Korey A. Nelson, Esq.
Robert J. Kuczynski, Esq.
Carl A. Beckstedt, Esq.
Richard H. Hunter, Esq.
Jacques Semmelman, Esq.
Eliot Lauer, Esq.
Sylvi Sareva, Esq.

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

THIS MATTER is before the Court upon the Motion for Admission of Sylvi Sareva *Pro Hac Vice* (ECF No. 20). Defendant Glencore Ltd. seeks the admission of Sylvi Sareva, Esq., to appear and participate as co-counsel for said Defendant in the above-captioned matter. Said Defendant and Attorney Sareva have satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

---

[1] Local Rules of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

*Sergeant v. Hess Corporation et al.*
1:20-cv-00068
Order Granting Motion for Admission *Pro Hac Vice*
Page 2

The record shows that Sylvi Sareva, Esq., currently is an attorney in good standing in the State of New York. Her New York bar number is 5343264.

Attorney Sareva is bound by the grievance procedures established for the Virgin Islands bar, and she shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during her *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of her admission *pro hac vice*.

Upon consideration of the said motion, the completed *pro hac vice* application, the Declaration of Sylvi Sareva, and the record herein, it is now hereby **ORDERED**:

1. Motion for Admission of Sylvi Sareva *Pro Hac Vice* (ECF No. 20) is **GRANTED**.

2. Sylvi Sareva, Esq., is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter.

3. Sylvi Sarave, Esq., shall file forthwith a notice of appearance into the record of the above-captioned matter.

4. Sylvi Sareva, Esq., shall appear in person, when she is physically in the jurisdiction, or telephonically before the Court to take the oath of admission.

ENTER:

Dated: October 7, 2020      /s/ George W. Cannon, Jr.
                            GEORGE W. CANNON, JR.
                            U.S. MAGISTRATE JUDGE

---

LRCi 83.1(b)(2).